No. 622.   BRADEY, ADMINISTRATRIX, *v.* UNITED STATES, AS REPRESENTED BY WAR SHIPPING ADMINISTRATION. January 28, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.   *Mr. Simone N. Gazan* for petitioner.   *Solicitor General McGrath* and *Mr. Paul A. Sweeney* for respondent.

No. 643.   PETERSON ET AL. *v.* ICKES, SECRETARY OF THE INTERIOR, ET AL.   January 28, 1946.   Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.   MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.   *Messrs. Walter G. Moyle, Ernest H. Oliver* and *Horace S. Davis* for petitioners.   *Solicitor General McGrath, Messrs. J. Edward Williams, Roger P. Marquis* and *Fred W. Smith* for respondents.

No. 645.   ALDRED INVESTMENT TRUST ET AL. *v.* SECURITIES & EXCHANGE COMMISSION.   January 28, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied.   MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. Hugh D. McLellan* for petitioners.   *Solicitor General McGrath, Messrs. Roger S. Foster, Milton V. Freeman* and *Arnold R. Ginsburg* for respondent.

No. 667.   WEST   *v.*   COMMISSIONER   OF   INTERNAL REVENUE;

No. 668.   WEST   *v.*   COMMISSIONER   OF   INTERNAL REVENUE;

No. 669. ESTATE OF WEST ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 670. WEST *v.* COMMISSIONER OF INTERNAL REVENUE. January 28, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of these applications. *Messrs. Randolph E. Paul, J. Arthur Platt* and *James H. Yeatman* for petitioners. *Solicitor General McGrath, Messrs. Sewall Key, A. F. Prescott* and *Hilbert P. Zarky* for respondent. *Grover Sellers,* Attorney General of Texas, *Wm. J. Fanning,* Assistant Attorney General of Texas, and *Robert W. Kenny,* Attorney General of California, filed a brief on behalf of those States, as *amici curiae,* in support of the petition. Reported below: 150 F. 2d 723.

No. 653. GAS RIDGE, INC. *v.* SUBURBAN AGRICULTURAL PROPERTIES, INC. January 28, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. Fagan Dickson* for petitioner. *Mr. Leo Brewer* for respondent.

No. 678. MAUGERI *v.* UNITED STATES. January 28, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. Leo R. Friedman* for petitioner. *Solicitor General McGrath* and *Mr. Robert S. Erdahl* for the United States.

No. 682. RICHARDSON *v.* COMMISSIONER OF INTERNAL REVENUE. January 28, 1946. Petition for writ of certi-